UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  
SHEILA DENTON TOWNSEND  
DEBTOR(S)

CASE NUMBER:  
14-03647-5-DMW  
CHAPTER 13

## AMENDED MOTION TO DECLARE MORTGAGE PAYMENT CURRENT

NOW COMES, John F. Logan, Standing Chapter 13 Trustee, and hereby moves the Court for an Order declaring the Debtor's mortgage to HOME POINT FINANCIAL CORPORATION current; and, in support of said Motion, shows unto the Court as follows:

1. The Debtor filed a voluntary Chapter 13 petition on June 25, 2014.

2. The Debtor's Chapter 13 Plan was confirmed on May 8, 2015.

3. Stonegate Mortgage Corporation filed a claim in this case (Court Claim #11), secured by the Debtor's residence. A Notice of Transfer of Claim was filed on July 11, 2017, indicating the claim had been transferred to HOME POINT FINANCIAL CORPORATION ("Creditor"). The Trustee has disbursed a total of $55,172.01 on this claim representing post-petition mortgage payments for the months September 2014 through June 2019 (Exhibit 1). All post-petition, contractual mortgage payments owed to the Creditor, have been paid through and including the June 2019 payment.

4. In addition to the contractual post-petition mortgage payments, the Creditor was also allowed a pre-petition arrearage claim in the amount of $5,092.39. This claim has been paid in full.

5. The Trustee requested a detailed summary of the loan from the Creditor's Counsel on July 22, 2019 but received no response.

6. Without cooperation from the Creditor, the Trustee was resigned to calculate the principal balance as follows:
   $134,156.14 (Amount of claim as of petition date)
   -$ 55,172.01 (Amount disbursed by Trustee for on-going monthly mortgage payments)
   -$  5,092.39 (Amount disbursed by Trustee for pre-petition and Administrative arrearages)
   **$73,891.74 Principal balance owing as of June 21, 2019.**

7. Based on the foregoing information available to the Trustee, the Creditor was served with a Notice of Final Cure Payment and Completion of Payments Under the Plan ("Notice") complying with Federal Rule of Bankruptcy Procedure 3002.1(f) and (g). Said Notice indicated the principal balance due and owing was $73,891.74.

8. The Creditor filed a Response stating that the Debtor is due for the September 2019 payment but did not indicate in the Response either agreement or disagreement with the asserted principal balance of $73,891.74.

9. The Trustee filed a Motion to Declare Mortgage Payment Current on August 29, 2019.

10. The Creditor provided the Trustee with a partial payment history (Exhibit 2) and filed an Amended Response to the Trustee's Notice stating the Debtor is due for the September 2019 payment with a principal balance due and owing in the amount of $116,330.37.

11. Other than as stated herein, the Trustee is not aware of any other permissible fees, expenses or charges accruing on the Mortgage Loan from the Petition date through the date of the original Motion filed on August 29, 2019, that have not been paid.

12. The claim of the Creditor was allowed as a long-term debt pursuant to the provisions of 11 U.S.C. § 1322(b)(5).

13. The Creditor should be required to treat the Debtor's mortgage as reinstated and fully current in all obligations under the mortgage through and including the June 2019 payment.

14. The Debtor has completed the Plan and is entitled to entry of a discharge. The Debtor shall resume making regular ongoing mortgage payments to the Creditor beginning with the payment due on July 1, 2019.

**WHEREFORE** the Trustee prays as follows:

1. That the Creditor be required to treat the Debtor's mortgage as reinstated and fully current in all obligations under the mortgage through and including the June 2019 payment;

2. That the principal amount due and owing to the Creditor as of September 6, 2019 is $116,330.37;

3. That there are no outstanding fees or interest charges as of the date of this Motion, other than as stated herein;

4. That the regular monthly payments due to the Creditor shall be paid directly by the Debtor beginning on July 1, 2019;

5. That this case be processed for closing.

This 23rd day of September, 2019.

/s/ John F. Logan
JOHN F. LOGAN
NC BAR NO. 12473
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 61039
RALEIGH, NC 27661-1039
TELEPHONE: (919) 876-1355
FACSIMILE: (919) 876-6889

# EXHIBIT 1

John F. Logan
Chapter 13 Trustee

## Summary of Trustee Disbursements:
Case Number: 14-03647-5-DMW
Trustee Claim#: 3

| Date | Check# | Amount | Payee Name | Description |
|---|---|---|---|---|
| 05/21/2015 | 493325 | $4,617.23 | STONEGATE MORTGAGE CORPORATION | Pymt for Sep/2014 thru Jan/2015 |
| 06/23/2015 | 495571 | $1,868.08 | STONEGATE MORTGAGE CORPORATION | Pymt for Feb/2015 thru Mar/2015 |
| 07/22/2015 | 497579 | $938.07 | STONEGATE MORTGAGE CORPORATION | Pymt for Apr/2015 |
| 08/21/2015 | 499507 | $1,876.14 | STONEGATE MORTGAGE CORPORATION | Pymt for May/2015 thru Jun/2015 |
| 09/22/2015 | 501494 | $1,876.14 | STONEGATE MORTGAGE CORPORATION | Pymt for Jul/2015 thru Aug/2015 |
| 10/22/2015 | 503459 | $938.07 | STONEGATE MORTGAGE CORPORATION | Pymt for Sep/2015 |
| 11/20/2015 | 505408 | $938.07 | STONEGATE MORTGAGE CORPORATION | Pymt for Oct/2015 |
| 12/22/2015 | 507347 | $1,876.14 | STONEGATE MORTGAGE CORPORATION | Pymt for Nov/2015 thru Dec/2015 |
| 01/21/2016 | 509220 | $938.07 | STONEGATE MORTGAGE CORPORATION | Pymt for Jan/2016 |
| 02/23/2016 | 511131 | $938.07 | STONEGATE MORTGAGE CORPORATION | Pymt for Feb/2016 |
| 03/22/2016 | 513099 | $951.77 | STONEGATE MORTGAGE CORPORATION | Pymt for Mar/2016 |
| 05/20/2016 | 516964 | $951.77 | STONEGATE MORTGAGE CORPORATION | Pymt for Apr/2016 |
| 06/22/2016 | 518912 | $1,903.54 | STONEGATE MORTGAGE CORPORATION | Pymt for May/2016 thru Jun/2016 |
| 07/21/2016 | 520775 | $951.77 | STONEGATE MORTGAGE CORPORATION | Pymt for Jul/2016 |
| 08/24/2016 | 522629 | $951.77 | STONEGATE MORTGAGE CORPORATION | Pymt for Aug/2016 |
| 09/22/2016 | 524462 | $951.77 | STONEGATE MORTGAGE CORPORATION | Pymt for Sep/2016 |
| 11/22/2016 | 528155 | $951.77 | STONEGATE MORTGAGE CORPORATION | Pymt for Oct/2016 |
| 12/20/2016 | 530029 | $1,903.54 | STONEGATE MORTGAGE CORPORATION | Pymt for Nov/2016 thru Dec/2016 |
| 01/20/2017 | 531797 | $951.77 | STONEGATE MORTGAGE CORPORATION | Pymt for Jan/2017 |
| 02/20/2017 | 533697 | $951.77 | STONEGATE MORTGAGE CORPORATION | Pymt for Feb/2017 |
| 03/21/2017 | 535689 | $951.77 | STONEGATE MORTGAGE CORPORATION | Pymt for Mar/2017 |
| 05/24/2017 | 539683 | $947.36 | STONEGATE MORTGAGE CORPORATION | Pymt for Apr/2017 |
| 06/20/2017 | 541577 | $1,894.72 | STONEGATE MORTGAGE CORPORATION | Pymt for May/2017 thru Jun/2017 |
| 08/22/2017 | 544544 | $1,894.72 | HOME POINT FINANCIAL CORPORATION | Pymt for Jul/2017 thru Aug/2017 |
| 10/23/2017 | 548246 | $947.36 | HOME POINT FINANCIAL CORPORATION | Pymt for Sep/2017 |
| 11/21/2017 | 550062 | $1,894.72 | HOME POINT FINANCIAL CORPORATION | Pymt for Oct/2017 thru Nov/2017 |
| 12/20/2017 | 551833 | $947.36 | HOME POINT FINANCIAL CORPORATION | Pymt for Dec/2017 |
| 01/24/2018 | 553599 | $947.36 | HOME POINT FINANCIAL CORPORATION | Pymt for Jan/2018 |
| 02/22/2018 | 555374 | $947.36 | HOME POINT FINANCIAL CORPORATION | Pymt for Feb/2018 |
| 03/23/2018 | 557176 | $947.36 | HOME POINT FINANCIAL CORPORATION | Pymt for Mar/2018 |
| 05/22/2018 | 560827 | $947.36 | HOME POINT FINANCIAL CORPORATION | Pymt for Apr/2018 |
| 06/22/2018 | 562614 | $1,894.72 | HOME POINT FINANCIAL CORPORATION | Pymt for May/2018 thru Jun/2018 |
| 07/24/2018 | 564427 | $947.36 | HOME POINT FINANCIAL CORPORATION | Pymt for Jul/2018 |
| 08/22/2018 | 566207 | $947.36 | HOME POINT FINANCIAL CORPORATION | Pymt for Aug/2018 |
| 10/23/2018 | 569757 | $1,977.96 | HOME POINT FINANCIAL CORPORATION | Pymt for Sep/2018 thru Oct/2018 |
| 11/20/2018 | 571417 | $988.98 | HOME POINT FINANCIAL CORPORATION | Pymt for Nov/2018 |
| 12/17/2018 | 569757 | ($1,977.96) | HOME POINT FINANCIAL CORPORATION | Pymt for Sep/2018 thru Oct/2018 |
| 12/21/2018 | 573035 | $2,966.94 | HOME POINT FINANCIAL CORPORATION | Pymt for Oct/2018 thru Dec/2018 |
| 01/23/2019 | 574756 | $988.98 | HOME POINT FINANCIAL CORPORATION | Pymt for Jan/2019 |
| 03/22/2019 | 578270 | $988.98 | HOME POINT FINANCIAL CORPORATION | Pymt for Feb/2019 |
| 04/23/2019 | 580021 | $1,977.96 | HOME POINT FINANCIAL CORPORATION | Pymt for Mar/2019 thru Apr/2019 |
| 05/24/2019 | 581768 | $988.98 | HOME POINT FINANCIAL CORPORATION | Pymt for May/2019 |
| 06/21/2019 | 583485 | $988.98 | HOME POINT FINANCIAL CORPORATION | Pymt for Jun/2019 |

**Total: $55,172.01**

*Exhibit 2*

# Home Point Financial Corp
## Loan History Summary

**Loan ID:** 9243  **Borrower Name:** Sheila Denton Townsend

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/18 | 02/01/18 | MIP Disb | 0 | 0 | (133.62) | | 121,401.86 | | (133.62) | (263.01) | | 76.14 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID 3122 | | | | | | | | | | | |
| 01/11/18 | 12/01/17 | Prepetition Unapplied | 0 | 0 | 111.07 | | 121,401.86 | | | (129.39) | | 76.14 | |
| 12/28/17 | | | | | | | | | | | | | |
| 01/11/18 | 11/01/17 | Regular Payment | 0 | 0 | 947.36 | 233.31 | 121,635.17 | 380.11 | 333.94 | (129.39) | | 76.14 | |
| 12/28/17 | | | | | | | | | | | | | |
| 01/08/18 | 01/01/18 | MIP Disb | 0 | 0 | (133.62) | | 121,635.17 | | (133.62) | (463.33) | | 76.14 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID 32116 | | | | | | | | | | | |
| 12/12/17 | 11/01/17 | Prepetition Unapplied | 0 | 0 | 218.14 | | 121,635.17 | | | (329.71) | | 76.14 | |
| 11/20/17 | | | | | | | | | | | | | |
| 12/12/17 | 10/01/17 | Regular Payment | 0 | 0 | 947.36 | 232.58 | 121,867.75 | 380.84 | 333.94 | (329.71) | | 76.14 | |
| 11/20/17 | | | | | | | | | | | | | |
| 12/12/17 | 09/01/17 | Regular Payment | 0 | 0 | 947.36 | 231.86 | 122,099.61 | 381.56 | 333.94 | (663.65) | | 76.14 | |
| 11/20/17 | | | | | | | | | | | | | |
| 12/07/17 | 12/01/17 | MIP Disb | 0 | 0 | (133.62) | | 122,099.61 | | (133.62) | (997.59) | | 76.14 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID 27032 | | | | | | | | | | | |
| 12/04/17 | 12/31/17 | County Bill 1 | 0 | 0 | (1,531.17) | | 122,099.61 | | (1,531.17) | (863.97) | | 76.14 | |
| | | Payee: WAKE COUNTY- TAX COLLECTOR  Batch ID: 26632 | | | | | | | | | | | |
| 11/29/17 | 09/01/17 | Inspection Disb | 0 | 0 | (20.00) | | 122,099.61 | | | 667.20 | | 76.14 | |
| 11/28/17 | | Check # 327164  Payee: ServiceLink Field Services, LLC  Batch ID: 26021 | | | | | | | | | | | |
| | | Invoice Number: 100746840-1209640268 | | | | | | | | | | | |
| 11/28/17 | 09/01/17 | Inspection Pmt | 0 | 0 | 20.00 | | 122,099.61 | | | 667.20 | | 76.14 | |
| 11/08/17 | 11/01/17 | MIP Disb | 0 | 0 | (133.62) | | 122,099.61 | | (133.62) | 667.20 | | 76.14 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID 22871 | | | | | | | | | | | |
| 11/02/17 | 08/01/17 | Regular Payment | 0 | 0 | 947.36 | 231.14 | 122,330.75 | 382.28 | 333.94 | 800.82 | | 76.14 | |
| 10/31/17 | 08/01/17 | Inspection Disb | 0 | 0 | (20.00) | | 122,330.75 | | | 466.88 | | 76.14 | |
| 10/30/17 | | Check # 323177  Payee: ServiceLink Field Services, LLC  Batch ID: 21517 | | | | | | | | | | | |
| | | Invoice Number: 100704115-1209404075 | | | | | | | | | | | |

Loanhist.rpt
09/06/2019 10:27:51AM

# Home Point Financial Corp
# Loan History Summary

Exhibit 2

| Loan ID | Borrower Name |
|---|---|
| ▓▓▓9243 | Sheila Denton Townsend |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/17 | 08/01/17 | Inspection Disb | 0 | 0 | (20.00) | | 122,330.75 | | | 466.88 | | 76.14 | |
| 10/10/17 | | Check # 320690  Payee: ServiceLink Field Services, LLC  Batch ID: 18721 | | | | | | | | | | | |
| | | Invoice Number: 100647142-1209080633 | | | | | | | | | | | |
| 10/04/17 | 10/01/17 | MIP Disb | 0 | 0 | (133.62) | | 122,330.75 | | (133.62) | 466.88 | | 76.14 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID: 17221 | | | | | | | | | | | |
| 10/03/17 | 08/01/17 | Inspection Disb | 0 | 0 | (20.00) | | 122,330.75 | | | 600.50 | | 76.14 | |
| 09/29/17 | | Check # 320167  Payee: ServiceLink Field Services, LLC  Batch ID: 17336 | | | | | | | | | | | |
| | | Invoice Number: 100647142-1209080633 | | | | | | | | | | | |
| 09/06/17 | 09/01/17 | MIP Disb | 0 | 0 | (133.62) | | 122,330.75 | | (133.62) | 600.50 | | 76.14 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID: 12688 | | | | | | | | | | | |
| 08/30/17 | 07/01/17 | Regular Payment | 0 | 0 | 947.36 | 230.42 | 122,330.75 | 383.00 | 333.94 | 734.12 | | 76.14 | |
| 08/25/17 | | | | | | | | | | | | | |
| 08/30/17 | 06/01/17 | Regular Payment | 0 | 0 | 947.36 | 229.70 | 122,561.17 | 383.72 | 333.94 | 400.18 | | 76.14 | |
| 08/25/17 | | | | | | | | | | | | | |
| 08/30/17 | 06/01/17 | Prepetition Unappliec | 0 | 0 | 412.39 | | 122,790.87 | | | 66.24 | | 76.14 | |
| 08/25/17 | | | | | | | | | | | | | |
| 08/30/17 | 06/01/17 | Inspection Disb | 0 | 0 | (20.00) | | 122,790.87 | | | 66.24 | | 76.14 | |
| 08/29/17 | | Check # 312762  Payee: ServiceLink Field Services, LLC  Batch ID: 11774 | | | | | | | | | | | |
| | | Invoice Number: 100563775-1208798136 | | | | | | | | | | | |
| 08/16/17 | 05/01/17 | Regular Payment | 0 | 0 | 947.36 | 228.98 | 122,790.87 | 384.44 | 333.94 | 66.24 | | 76.14 | |
| 08/16/17 | 04/01/17 | Regular Payment | 0 | 0 | 947.36 | 228.27 | 123,019.85 | 385.15 | 333.94 | (267.70) | | 76.14 | |
| 08/16/17 | 04/01/17 | Unapplied Payment | 0 | 0 | (1,894.72) | | 123,248.12 | | | (601.64) | | 76.14 | |
| 08/04/17 | 04/01/17 | Inspection Disb | 0 | 0 | (20.00) | | 123,248.12 | | | (601.64) | | 76.14 | |
| 08/02/17 | | Check # 310158  Payee: ServiceLink Field Services, LLC  Batch ID: 8364 | | | | | | | | | | | |
| | | Invoice Number: 100507474-1208464119 | | | | | | | | | | | |
| 09/02/17 | 08/01/17 | MIP Disb | 0 | 0 | (136.69) | | | | (136.69) | (601.64) | | 76.14 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID: 6560 | | | | | | | | | | | |
| 07/05/17 | 04/01/17 | Inspection Disb | 0 | 0 | (20.00) | | 123,248.12 | | | (464.95) | | 76.14 | |
| 07/03/17 | | Check # 307041  Payee: ServiceLink Field Services, LLC  Batch ID: 4098 | | | | | | | | | | | |
| | | Invoice Number: 100440691-1208197093 | | | | | | | | | | | |

# Home Point Financial Corp
## Loan History Summary

| Loan ID | Borrower Name |
|---|---|
| 9243 | Sheila Denton Townsend |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Balance | Interest Amount | Amount | Escrow Balance | Late Charge Amount | Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/03/17 | 07/01/17 | MIP Disb | 0 | 0 | (136.69) | 123,248.12 | | (136.69) | (464.95) | | 76.14 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 4036 | | | | | | | | | | |
| 06/28/17 06/26/17 | 04/01/17 | Unapplied Payment | 0 | 0 | 947.36 | 123,248.12 | | | (328.26) | | 76.14 | |
| 06/28/17 06/26/17 | 04/01/17 | Prepetition Unapplied | 0 | 0 | (947.36) | 123,248.12 | | | (328.26) | | 76.14 | |
| 06/28/17 06/26/17 | 04/01/17 | Prepetition Unapplied | 0 | 0 | 574.35 | 123,248.12 | | | (328.26) | | 76.14 | |
| 06/28/17 06/26/17 | 04/01/17 | Unapplied Payment | 0 | 0 | 947.36 | 123,248.12 | | | (328.26) | | 76.14 | |
| 06/28/17 06/26/17 | 04/01/17 | Unapplied Payment | 0 | 0 | (947.36) | 123,248.12 | | | (328.26) | | 76.14 | |
| 06/28/17 06/26/17 | 04/01/17 | Unapplied Payment | 0 | 0 | 942.95 | 123,248.12 | | | (328.26) | | 76.14 | |
| 06/28/17 06/26/17 | 03/01/17 | Regular Payment | 0 | 0 | 951.77 | 123,248.12 | 385.86 | 338.35 | (328.26) | | 76.14 | |
| 06/12/17 | 07/12/17 | Homeowners Disb | 0 | 0 | (1,013.00) | 123,475.68 | | (1,013.00) | (666.61) | | 76.14 | |
| | | Payee: ASI Batch ID: 1387 | | | | | | | | | | |
| 06/07/17 | 06/01/17 | MIP Disb | 0 | 0 | (136.69) | 123,475.68 | | (136.69) | 346.39 | | 76.14 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 906 | | | | | | | | | | |
| 06/07/17 | 03/01/17 | Escrow Only Paymer | 0 | 0 | 136.69 | 123,475.68 | | 136.69 | 483.08 | | 76.14 | |
| 06/07/17 | 06/01/17 | MIP Disb | 0 | 0 | (136.69) | 123,475.68 | | (136.69) | 346.39 | | 76.14 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 757 | | | | | | | | | | |
| 06/05/17 06/02/17 | 03/01/17 | Inspection Disb | 0 | 0 | (20.00) | 123,475.68 | | | 483.08 | | 76.14 | |
| | | Check # 302748 Payee: ServiceLink Field Services, LLC Batch ID: 550 Invoice Number: 100369765-1207956979 | | | | | | | | | | |
| 05/31/17 05/30/17 | 02/01/17 | Regular Payment | 0 | 0 | 951.77 | 123,475.68 | 386.57 | 226.85 | 338.35 | 483.08 | | 76.14 | |
| 05/31/17 05/30/17 | 02/01/17 | Unapplied Payment | 0 | 0 | (4.41) | 123,702.53 | | | 144.73 | | 76.14 | |

Loanhist.rpt
09/06/2019 10:27:51AM

# Home Point Financial Corp
## Loan History Summary

**Exhibit 2**

**Loan ID**: ___243  
**Borrower Name**: Sheila Denton Townsend

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/04/17 | 05/01/17 | MIP Disb | 0 0 | (136.69) | | 123,702.53 | | (136.69) | 144.73 | | 76.14 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 29481 | | | | | | | | | | |
| 05/02/17 | 02/01/17 | Inspection Disb | 0 0 | (20.00) | | 123,702.53 | | | 281.42 | | 76.14 | |
| 05/01/17 | | Check # 300312 Payee: ServiceLink Field Services, LLC Batch ID: 29482 | | | | | | | | | | |
| | | Invoice Number: 100179522-1207518919 | | | | | | | | | | |
| 04/17/17 | 02/01/17 | Inspection Disb | 0 0 | (20.00) | | 123,702.53 | | | 281.42 | | 76.14 | |
| 04/14/17 | | Check # 298258 Payee: ServiceLink Field Services, LLC Batch ID: 26746 | | | | | | | | | | |
| | | Invoice Number: 100094197-1207137152 | | | | | | | | | | |
| 04/05/17 | 04/01/17 | MIP Disb | 0 0 | (136.69) | | 123,702.53 | | (136.69) | 281.42 | | 76.14 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 25267 | | | | | | | | | | |
| 03/28/17 | 02/01/17 | Prepetition Unapplied | 0 0 | 180.20 | | 123,702.53 | | | 418.11 | | 76.14 | |
| 03/27/17 | | | | | | | | | | | | |
| 03/28/17 | 01/01/17 | Regular Payment | 0 0 | 951.77 | 226.14 | 123,928.67 | 387.28 | 338.35 | 418.11 | | 76.14 | |
| 03/27/17 | | | | | | | | | | | | |
| 03/17/17 | 01/01/17 | Attorney Fee Disb | 0 0 | (50.00) | | 123,928.67 | | | 79.76 | | 76.14 | |
| 03/27/17 | | Check # 295187 Payee: Hutchens, Senter, Kellam & Pettit, PA Batch ID 24663 | | | | | | | | | | |
| | | Invoice Number: 1207331-1942798 | | | | | | | | | | |
| 03/17/17 | 03/01/17 | Late Charge Assess | 0 0 | (38.07) | | 123,928.67 | | | 79.76 | (38.07) | 38.07 | |
| 03/07/17 | 03/01/17 | MIP Disb | 0 0 | (136.69) | | 123,928.67 | | (136.69) | 79.76 | | 38.07 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 21643 | | | | | | | | | | |
| 03/03/17 | 01/01/17 | Inspection Disb | 0 0 | (20.00) | | 123,928.67 | | | 216.45 | | 38.07 | |
| 03/02/17 | | Check # 293995 Payee: Five Brothers Default Mgmt Solutions Batch ID: 21468 | | | | | | | | | | |
| | | Invoice Number: I14692886 | | | | | | | | | | |
| 02/28/17 | 01/01/17 | Prepetition Unapplied | 0 0 | 178.33 | | 123,928.67 | | | 216.45 | | 38.07 | |
| 02/27/17 | | | | | | | | | | | | |
| 02/28/17 | 12/01/16 | Regular Payment | 0 0 | 951.77 | 225.44 | 124,154.11 | 387.98 | 338.35 | 216.45 | | 38.07 | |
| 02/27/17 | | | | | | | | | | | | |
| 02/17/17 | 02/01/17 | Late Charge Assess | 0 0 | (38.07) | | 124,154.11 | | | (121.90) | (38.07) | 38.07 | |
| 02/01/17 | 02/01/17 | MIP Disb | 0 0 | (136.69) | | 124,154.11 | | (136.69) | (121.90) | | 0.00 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 17491 | | | | | | | | | | |

# Home Point Financial Corp
## Loan History Summary

Exhibit 2

| Loan ID | Borrower Name |
|---|---|
| 9243 | Sheila Denton Townsend |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/30/17 01/25/17 | 12/01/16 | Prepetition Unappliec | 0 | 0 | 176.78 | | 124,154.11 | | | 14.79 | | 0.00 | |
| 01/30/17 01/25/17 | 11/01/16 | Regular Payment | 0 | 0 | 951.77 | 224.74 | 124,154.11 | 388.68 | 338.35 | 14.79 | | 0.00 | |
| 01/27/17 01/25/17 | 11/01/16 | Inspection Disb | 0 | 0 | (20.00) | | 124,378.85 | | | (323.56) | | 0.00 | |
| 01/26/17 | | Check # 288924 Payee: Five Brothers Default Mgmt Solutions Batch ID: 17245 Invoice Number: I14595349 | | | | | | | | | | | |
| 01/25/17 01/25/17 | 11/01/16 | Inspection Fee Pmt | 0 | 0 | (135.00) | | 124,378.85 | | | (323.56) | | 0.00 | |
| 01/25/17 01/25/17 | 11/01/16 | Inspection Pmt | 0 | 0 | 135.00 | | 124,378.85 | | | (323.56) | | 0.00 | |
| 01/24/17 01/25/17 | 11/01/16 | Late Charge Waive | 0 | 0 | 1,234.55 | | 124,378.85 | | | (323.56) | 1,234.55 | 0.00 | |
| 01/04/17 01/01/17 | MIP Disb | 0 | 0 | (136.69) | | 124,378.85 | | (136.69) | (323.56) | | 1,234.55 | | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 13636 | | | | | | | | | | | |
| 12/30/16 12/27/16 | 11/01/16 | Inspection Disb | 0 | 0 | (20.00) | | 124,378.85 | | | (186.87) | | 1,234.55 | |
| 12/29/16 | | Check # 282414 Payee: Five Brothers Default Mgmt Solutions Batch ID: 13725 Invoice Number: I14480500 | | | | | | | | | | | |
| 12/29/16 12/27/16 | 10/01/16 | Regular Payment | 0 | 0 | 951.77 | 224.04 | 124,378.85 | 389.38 | 338.35 | (186.87) | | 1,234.55 | |
| 12/29/16 12/27/16 | 10/01/16 | Prepetition Unappliec | 0 | 0 | (425.82) | | 124,602.89 | | | (525.22) | | 1,234.55 | |
| 12/29/16 12/27/16 | 09/01/16 | Regular Payment | 0 | 0 | 951.77 | 223.34 | 124,602.89 | 390.08 | 338.35 | (525.22) | | 1,234.55 | |
| 12/29/16 12/27/16 | 08/01/16 | Regular Payment | 0 | 0 | 951.77 | 222.64 | 124,826.23 | 390.78 | 338.35 | (863.57) | | 1,234.55 | |
| 12/06/16 12/01/16 | MIP Disb | 0 | 0 | (136.69) | | 125,048.87 | | (136.69) | (1,201.92) | | 1,234.55 | | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 8498 | | | | | | | | | | | |
| 12/02/16 12/01/16 | 08/01/16 | Inspection Disb | 0 | 0 | (20.00) | | 125,048.87 | | | (1,065.23) | | 1,234.55 | |
| 12/01/16 | | Check # 277861 Payee: Five Brothers Default Mgmt Solutions Batch ID: 8944 Invoice Number: I14360204 | | | | | | | | | | | |
| 11/30/16 11/29/16 | 07/01/16 | Regular Payment | 0 | 0 | 951.77 | 221.95 | 125,048.87 | 391.47 | 338.35 | (1,065.23) | | 1,234.55 | |

Loanhist.rpt
09/06/2019 10:27:51AM

# Home Point Financial Corp
# Loan History Summary

*Exhibit 2*

| Loan ID | Borrower Name |
|---|---|
| ▓243 | Sheila Denton Townsend |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/19/16 | 12/31/16 | County Bill 1 | 0 | 0 | (1,499.94) | | 125,270.82 | | (1,499.94) | (1,403.58) | | 1,234.55 | |
| | | Payee: WAKE COUNTY - TAX COLLECTOR  Batch ID: 7052 | | | | | | | | | | | |
| 11/04/16 | 07/01/16 | Inspection Disb | 0 | 0 | (20.00) | | 125,270.82 | | | 96.36 | | 1,234.55 | |
| 11/03/16 | | Check # 272536  Payee: Five Brothers Default Mgmt Solutions  Batch ID: 4631 | | | | | | | | | | | |
| | | Invoice Number: I14267075 | | | | | | | | | | | |
| 11/04/16 | 11/01/16 | MIP Disb | 0 | 0 | (136.69) | | 125,270.82 | | (136.69) | 96.36 | | 1,234.55 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID: 4552 | | | | | | | | | | | |
| 11/03/16 | 07/01/16 | Escrow Only Paymer | 0 | 0 | 136.69 | | 125,270.82 | | 136.69 | 233.05 | | 1,234.55 | |
| 11/02/16 | 11/01/16 | MIP Disb | 0 | 0 | (136.69) | | 125,270.82 | | (136.69) | 96.36 | | 1,234.55 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID: 2932 | | | | | | | | | | | |
| 10/18/16 | 10/01/16 | Late Charge Assess | 0 | 0 | (38.07) | | 125,270.82 | | | 233.05 | (38.07) | 1,234.55 | |
| 10/17/16 | | | | | | | | | | | | | |
| 10/03/16 | 10/01/16 | MIP Disb | 0 | 0 | (136.69) | | 125,270.82 | | (136.69) | | | 1,196.48 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID: 30964 | | | | | | | | | | | |
| 09/30/16 | 07/01/16 | Inspection Disb | 0 | 0 | (20.00) | | 125,270.82 | | | 369.74 | | 1,196.48 | |
| 09/29/16 | | Check # 266811  Payee: Five Brothers Default Mgmt Solutions  Batch ID: 31912 | | | | | | | | | | | |
| | | Invoice Number: I14156137 | | | | | | | | | | | |
| 09/27/16 | 07/01/16 | Prepetition Unappliec | 0 | 0 | 168.58 | | 125,270.82 | | | 369.74 | | 1,196.48 | |
| 09/26/16 | | | | | | | | | | | | | |
| 09/27/16 | 06/01/16 | Regular Payment | 0 | 0 | 951.77 | 221.26 | 125,270.82 | 392.16 | 338.35 | 369.74 | | 1,196.48 | |
| 09/26/16 | | | | | | | | | | | | | |
| 09/19/16 | 09/01/16 | Late Charge Assess | 0 | 0 | (38.07) | | 125,492.08 | | | 31.39 | (38.07) | 1,196.48 | |
| 09/17/16 | | | | | | | | | | | | | |
| 09/02/16 | 06/01/16 | Inspection Disb | 0 | 0 | (20.00) | | 125,492.08 | | | 31.39 | | 1,158.41 | |
| 09/01/16 | | Check # 264131  Payee: Five Brothers Default Mgmt Solutions  Batch ID: 28114 | | | | | | | | | | | |
| | | Invoice Number: I14027759 | | | | | | | | | | | |
| 09/01/16 | 09/01/16 | MIP Disb | 0 | 0 | (136.69) | | 125,492.08 | | (136.69) | 31.39 | | 1,158.41 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID: 26431 | | | | | | | | | | | |
| 08/30/16 | 06/01/16 | Prepetition Unappliec | 0 | 0 | 176.26 | | 125,492.08 | | | 168.08 | | 1,158.41 | |
| 08/29/16 | | | | | | | | | | | | | |

Exhibit 2

# Home Point Financial Corp
## Loan History Summary

| Loan ID | Borrower Name |
|---|---|
| 9243 | Sheila Denton Townsend |

| Trans Date / Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30/16 08/29/16 | 05/01/16 | Regular Payment | 0 | 0 | 951.77 | 220.57 | 125,492.08 | 392.85 | 338.35 | 168.08 | | 1,158.41 | |
| 08/17/16 | 08/01/16 | Late Charge Assess | 0 | 0 | (38.07) | | | | | | (38.07) | 1,158.41 | |
| 08/05/16 | 05/01/16 | Inspection Disb | 0 | 0 | (20.00) | | 125,712.65 | | | (170.27) | | 1,120.34 | |
| 08/04/16 | | Check # 258606  Payee: Five Brothers Default Mgmt Solutions  Batch ID: 23376 Invoice Number: 113900508 | | | | | 125,712.65 | | | (170.27) | | | |
| 08/01/16 | 08/01/16 | MIP Disb | 0 | 0 | (139.64) | | 125,712.65 | | (139.64) | (170.27) | | 1,120.34 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID: 20671 | | | | | | | | | | | |
| 07/26/16 07/25/16 | 04/01/16 | Regular Payment | 0 | 0 | 951.77 | 219.88 | 125,712.65 | 393.54 | 338.35 | (30.63) | | 1,120.34 | |
| 07/26/16 07/25/16 | 04/01/16 | Prepetition Unapplied | 0 | 0 | (392.79) | | 125,932.53 | | | (368.98) | | 1,120.34 | |
| 07/26/16 07/25/16 | 03/01/16 | Regular Payment | 0 | 0 | 951.77 | 219.20 | 125,932.53 | 394.22 | 338.35 | (368.98) | | 1,120.34 | |
| 07/19/16 07/17/16 | 07/01/16 | Late Charge Assess | 0 | 0 | (38.07) | | 126,151.73 | | | (707.33) | (38.07) | 1,120.34 | |
| 07/15/16 | 07/12/16 | Homeowners Disb | 0 | 0 | (867.00) | | 126,151.73 | | (867.00) | (707.33) | | 1,082.27 | |
| | | Payee: American Strategic Insurance  Batch ID: 19984 | | | | | | | | | | | |
| 07/01/16 | 07/01/16 | MIP Disb | 0 | 0 | (139.64) | | 126,151.73 | | (139.64) | 159.67 | | 1,082.27 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID: 14799 | | | | | | | | | | | |
| 06/29/16 06/28/16 | 03/01/16 | Prepetition Unapplied | 0 | 0 | 142.79 | | 126,151.73 | | | 299.31 | | 1,082.27 | |
| 06/29/16 06/28/16 | 02/01/16 | Regular Payment | 0 | 0 | 951.77 | 218.51 | 126,151.73 | 394.91 | 338.35 | 299.31 | | 1,082.27 | |
| 06/29/16 06/28/16 | 01/01/16 | Regular Payment wit | 0 | 0 | 951.77 | 217.83 | 126,370.24 | 395.59 | 338.35 | (39.04) | | 1,082.27 | |
| 06/17/16 | 06/01/16 | Late Charge Assess | 0 | 0 | (38.07) | | 126,588.07 | | | (377.39) | (38.07) | 1,082.27 | |
| 06/01/16 | 06/01/16 | MIP Disb | 0 | 0 | (139.64) | | 126,588.07 | | (139.64) | (377.39) | | 1,044.20 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID: 10417 | | | | | | | | | | | |
| 05/25/16 05/23/16 | 12/01/15 | Regular Payment wit | 0 | 0 | 951.77 | 217.15 | 126,588.07 | 396.27 | 338.35 | (237.75) | | 1,044.20 | |

Loanhist.rpt
09/06/2019 10:27:51AM

# Home Point Financial Corp
## Loan History Summary

**Loan ID:** ▓▓9243  **Borrower Name:** Sheila Denton Townsend

| Trans Date / Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/17/16 | 05/01/16 | Late Charge Assess | 0 | 0 | (38.07) | | 126,805.22 | | | (576.10) | (38.07) | 1,044.20 | |
| 05/03/16 | 05/01/16 | MIP Disb | 0 | 0 | (139.64) | | 126,805.22 | | (139.64) | (576.10) | | 1,006.13 | |
| Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 5063 |
| 04/18/16 04/17/16 | 04/01/16 | Late Charge Assess | 0 | 0 | (38.07) | | 126,805.22 | | | (436.46) | (38.07) | 1,006.13 | |
| 04/01/16 04/17/16 | 04/01/16 | MIP Disb | 0 | 0 | (139.64) | | 126,805.22 | | (139.64) | (436.46) | | 968.06 | |
| Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 32381 |
| 03/30/16 03/29/16 | 12/01/15 | Prepetition Unapplied | 0 | 0 | 173.72 | | 126,805.22 | | | (296.82) | | 968.06 | |
| 03/30/16 03/29/16 | 11/01/15 | Regular Payment wit | 0 | 0 | 951.77 | 216.48 | 126,805.22 | 396.94 | 338.35 | (296.82) | | 968.06 | |
| Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 27811 |
| 03/17/16 | 03/01/16 | Late Charge Assess | 0 | 0 | (38.07) | | 127,021.70 | | | (635.17) | (38.07) | 968.06 | |
| 03/02/16 | 03/01/16 | MIP Disb | 0 | 0 | (139.64) | | 127,021.70 | | (139.64) | (635.17) | | 929.99 | |
| Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 21775 |
| 03/02/16 | 11/01/15 | Prepetition Unapplied | 0 | 0 | 315.02 | | 127,021.70 | | | (495.53) | | 929.99 | |
| 03/02/16 | 10/01/15 | Regular Payment | 0 | 0 | 938.07 | 215.80 | 127,021.70 | 397.62 | 324.65 | (495.53) | | 929.99 | |
| 02/17/16 | 02/01/16 | Late Charge Assess | 0 | 0 | (37.52) | | 127,237.50 | | | (820.18) | (37.52) | 929.99 | |
| 02/08/16 | 02/01/16 | MIP Disb | 0 | 0 | (139.64) | | 127,237.50 | | (139.64) | (820.18) | | 892.47 | |
| Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 21775 |
| 02/08/16 | 10/01/15 | FCL Atty Fees Disb | 0 | 0 | (50.00) | | 127,237.50 | | | (680.54) | | 892.47 | |
| 02/05/16 | | Check # 229761  Payee: Hutchens, Senter, Kellam & Pettit, PA  Batch ID 24027 |
| | | Invoice Number: 1147173-1852836 |
| 01/27/16 01/26/16 | 09/01/15 | Regular Payment | 0 | 0 | 938.07 | 215.13 | 127,237.50 | 398.29 | 324.65 | (680.54) | | 892.47 | |
| 01/27/16 01/26/16 | 09/01/15 | Prepetition Unapplied | 0 | 0 | (938.07) | | 127,452.63 | | | (1,005.19) | | 892.47 | |
| 01/27/16 01/26/16 | 09/01/15 | Prepetition Unapplied | 0 | 0 | 884.49 | | 127,452.63 | | | (1,005.19) | | 892.47 | |
| 01/27/16 01/26/16 | 08/01/15 | Regular Payment | 0 | 0 | 938.07 | 214.46 | 127,452.63 | 398.96 | 324.65 | (1,005.19) | | 892.47 | |

Exhibit 2

Loanhist.rpt
09/06/2019 10:27:51AM

# Home Point Financial Corp
## Loan History Summary

Exhibit 2

| Loan ID | Borrower Name |
|---|---|
| ▓▓▓▓9243 | Sheila Denton Townsend |

| Trans Date / Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/20/16 01/17/16 | 01/01/16 | Late Charge Assess | 0 | 0 | (37.52) | | 127,667.09 | | | (1,329.84) | (37.52) | 892.47 | |
| 01/04/16 | 01/01/16 | MIP Disb | 0 | 0 | (139.64) | | 127,667.09 | | (139.64) | (1,329.84) | | 854.95 | |
| Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID 15703 | | | | | | | | | | | | | |
| 12/30/15 12/28/15 | 08/01/15 | Prepetition Unapplied | 0 | 0 | 295.34 | | 127,667.09 | | | (1,190.20) | | 854.95 | |
| 12/30/15 12/28/15 | 07/01/15 | Regular Payment | 0 | 0 | 938.07 | 213.79 | 127,667.09 | 399.63 | 324.65 | (1,190.20) | | 854.95 | |
| 12/30/15 12/28/15 | 06/01/15 | Regular Payment | 0 | 0 | 938.07 | 213.13 | 127,880.88 | 400.29 | 324.65 | (1,514.85) | | 854.95 | |
| 12/17/15 | 12/01/15 | Late Charge Assess | 0 | 0 | (37.52) | | 128,094.01 | | | (1,839.50) | (37.52) | 854.95 | |
| 12/02/15 | 12/01/15 | MIP Disb | 0 | 0 | (139.64) | | 128,094.01 | | (139.64) | (1,839.50) | | 817.43 | |
| Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID 12908 | | | | | | | | | | | | | |
| 11/30/15 11/25/15 | 05/01/15 | Regular Payment | 0 | 0 | 938.07 | 212.46 | 128,094.01 | 400.96 | 324.65 | (1,699.86) | | 817.43 | |
| 11/19/15 | 12/31/15 | County Bill 1 | 0 | 0 | (1,555.54) | | 128,306.47 | | (1,555.54) | (2,024.51) | | 817.43 | |
| Payee: WAKE COUNTY - TAX COLLECTOR  Batch ID. 11322 | | | | | | | | | | | | | |
| 11/17/15 | 11/01/15 | Late Charge Assess | 0 | 0 | (37.52) | | 128,306.47 | | | (468.97) | (37.52) | 817.43 | |
| 11/02/15 | 11/01/15 | MIP Disb | 0 | 0 | (139.64) | | 128,306.47 | | (139.64) | (468.97) | | 779.91 | |
| Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID 7871 | | | | | | | | | | | | | |
| 10/27/15 10/26/15 | 04/01/15 | Regular Payment | 0 | 0 | 938.07 | 211.80 | 128,306.47 | 401.62 | 324.65 | (329.33) | | 779.91 | |
| 10/19/15 10/17/15 | 10/01/15 | Late Charge Assess | 0 | 0 | (37.52) | | 128,518.27 | | | (653.98) | (37.52) | 779.91 | |
| 10/08/15 | 10/01/15 | MIP Disb | 0 | 0 | (139.64) | | 128,518.27 | | (139.64) | (653.98) | | 742.39 | |
| Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID 4208 | | | | | | | | | | | | | |
| 10/01/15 | 04/01/15 | Inv Loan Purchase | 0 | 0 | 0.00 | | 128,518.27 | | | (514.34) | | 742.39 | |
| 10/01/15 | 04/01/15 | Investor Loan Sale | 0 | 0 | 0.00 | | 128,518.27 | | | (514.34) | | 742.39 | |
| 09/30/15 09/28/15 | 04/01/15 | Escrow Only Paymer | 0 | 0 | 8.06 | | 128,518.27 | | 8.06 | (514.34) | | 742.39 | |

Loanhist.rpt
09/06/2019 10:27:51AM

# Home Point Financial Corp
## Loan History Summary

Exhibit 2

| Loan ID | Borrower Name |
|---|---|
| 9243 | Sheila Denton Townsend |

| Trans Date / Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Assist Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/15 09/28/15 | 03/01/15 | Regular Payment | 0 | 0 | 938.07 | 211.14 | 128,518.27 | 402.28 | 324.65 | (522.40) | | | 742.39 |
| 09/30/15 09/28/15 | 03/01/15 | Unapplied Payment | 0 | 0 | (930.01) | | 128,729.41 | | | (847.05) | | | 742.39 |
| 09/30/15 09/28/15 | 03/01/15 | Escrow Only Paymer | 1 | 0 | (16.12) | | 128,729.41 | | (16.12) | (847.05) | | | 742.39 |
| 09/30/15 09/28/15 | 03/01/15 | Escrow Only Paymer | 0 | 1 | 16.12 | | 128,729.41 | | 16.12 | (830.93) | | | 742.39 |
| 09/30/15 09/28/15 | 03/01/15 | Unapplied Payment | 0 | 0 | 930.01 | | 128,729.41 | | | (847.05) | | | 742.39 |
| 09/30/15 09/28/15 | 02/01/15 | Regular Payment | 0 | 0 | 930.01 | 210.48 | 128,729.41 | 402.94 | 316.59 | (847.05) | | | 742.39 |
| 09/17/15 | 09/01/15 | Late Charge Assess | 0 | 0 | (37.52) | | 128,939.89 | | | (1,163.64) | (37.52) | | 742.39 |
| 09/03/15 | 09/01/15 | MIP Disb | 0 | 0 | (139.64) | | 128,939.89 | | (139.64) | (1,163.64) | | | 704.87 |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 32136 | | | | | | | | | | | |
| 08/27/15 08/26/15 | 01/01/15 | Regular Payment wit | 0 | 0 | 938.07 | 209.83 | 128,939.89 | 403.59 | 324.65 | (1,024.00) | | | 704.87 |
| 08/27/15 08/26/15 | 12/01/14 | Regular Payment wit | 0 | 0 | 938.07 | 209.17 | 129,149.72 | 404.25 | 324.65 | (1,348.65) | | | 704.87 |
| 08/18/15 08/17/15 | 08/01/15 | Late Charge Assess | 0 | 0 | (37.52) | | 129,358.89 | | | (1,673.30) | (37.52) | | 704.87 |
| 08/06/15 | 08/01/15 | MIP Disb | 0 | 0 | (142.49) | | 129,358.89 | | (142.49) | (1,673.30) | | | 667.35 |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 27121 | | | | | | | | | | | |
| 07/29/15 07/27/15 | 11/01/14 | Regular Payment wit | 0 | 0 | 938.07 | 208.52 | 129,358.89 | 404.90 | 324.65 | (1,530.81) | | | 667.35 |
| 07/17/15 | 07/01/15 | Late Charge Assess | 0 | 0 | (37.52) | | 129,567.41 | | | (1,855.46) | (37.52) | | 667.35 |
| 07/10/15 | 11/01/14 | Escrow Only Paymer | 0 | 0 | 142.49 | | 129,567.41 | | 142.49 | (1,855.46) | | | 629.83 |
| 07/09/15 | 07/01/15 | MIP Disb | 0 | 0 | (142.49) | | 129,567.41 | | (142.49) | (1,997.95) | | | 629.83 |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 22558 | | | | | | | | | | | |
| 07/02/15 | 07/01/15 | MIP Disb | 0 | 0 | (142.49) | | 129,567.41 | | (142.49) | (1,855.46) | | | 629.83 |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 24055 | | | | | | | | | | | |

Loanhist.rpt
09/06/2019 10:27:51AM

# Home Point Financial Corp
## Loan History Summary

**Loan ID**: 9243   **Borrower Name**: Sheila Denton Townsend

| Trans Date / Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Amount | Escrow Balance | Late Charge Amount | Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/15 06/29/15 | 10/01/14 | Regular Payment wit | 0 | 0 | 938.07 | 207.87 | 129,567.41 | 405.55 | 324.65 | (1,712.97) | | 629.83 | |
| 06/30/15 06/29/15 | 09/01/14 | Regular Payment wit | 0 | 0 | 930.01 | 207.22 | 129,775.28 | 406.20 | 316.59 | (2,037.62) | | 629.83 | |
| 06/22/15 | 07/12/15 | Homeowners Disb | 0 | 0 | (829.00) | | 129,982.50 | | (829.00) | (2,354.21) | | 629.83 | |
| | | Payee: American Strategic Insurance  Batch ID: 22076 | | | | | | | | | | | |
| 06/17/15 | 06/01/15 | Late Charge Assess | 0 | 0 | (37.52) | | 129,982.50 | | | (1,525.21) | (37.52) | 629.83 | |
| 06/05/15 | 09/01/14 | FCL Atty Fees Disb | 0 | 0 | (50.00) | | 129,982.50 | | | (1,525.21) | | 592.31 | |
| 06/04/15 | | Check # 181107   Payee: Hutchens, Senter, Kellam & Pettit, PA  Batch ID  19442 | | | | | | | | | | | |
| | | Invoice Number: 1147173-1767679 | | | | | | | | | | | |
| 06/05/15 | 09/01/14 | Attorney Disb | 0 | 0 | (300.00) | | 129,982.50 | | | (1,525.21) | | 592.31 | |
| 06/04/15 | | Check # 181107   Payee: Hutchens, Senter, Kellam & Pettit, PA  Batch ID  19442 | | | | | | | | | | | |
| | | Invoice Number: 1147173-1767679 | | | | | | | | | | | |
| 06/05/15 | 09/01/14 | Recording Fees Disb | 0 | 0 | (26.00) | | 129,982.50 | | | (1,525.21) | | 592.31 | |
| 06/04/15 | | Check # 181107   Payee: Hutchens, Senter, Kellam & Pettit, PA  Batch ID  19442 | | | | | | | | | | | |
| | | Invoice Number: 1147173-1767679 | | | | | | | | | | | |
| 06/02/15 | 06/01/15 | MIP Disb | 0 | 0 | (142.49) | | 129,982.50 | | (142.49) | (1,525.21) | | 592.31 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID  18141 | | | | | | | | | | | |
| 05/28/15 | 09/01/14 | Unapplied Payment | 0 | 0 | 21.88 | | 129,982.50 | | | (1,382.72) | | 592.31 | |
| 05/28/15 | 08/01/14 | Regular Payment | 0 | 0 | 919.07 | 206.58 | 129,982.50 | 406.84 | 305.65 | (1,382.72) | | 592.31 | |
| 05/28/15 | 07/01/14 | Regular Payment | 0 | 0 | 919.07 | 205.94 | 130,189.08 | 407.48 | 305.65 | (1,688.37) | | 592.31 | |
| 05/28/15 | 06/01/14 | Regular Payment | 0 | 0 | 919.07 | 205.29 | 130,395.02 | 408.13 | 305.65 | (1,994.02) | | 592.31 | |
| 05/28/15 | 05/01/14 | Regular Payment | 0 | 0 | 919.07 | 204.65 | 130,600.31 | 408.77 | 305.65 | (2,299.67) | | 592.31 | |
| 05/28/15 | 04/01/14 | Regular Payment | 0 | 0 | 919.07 | 204.02 | 130,804.96 | 409.40 | 305.65 | (2,605.32) | | 592.31 | |
| 05/18/15 05/17/15 | 05/01/15 | Late Charge Assess | 0 | 0 | (37.52) | | 131,008.98 | | | (2,910.97) | (37.52) | 592.31 | |
| 05/05/15 | 05/01/15 | MIP Disb | 0 | 0 | (142.49) | | 131,008.98 | | (142.49) | (2,910.97) | | 554.79 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION  Batch ID  12513 | | | | | | | | | | | |
| 04/27/15 02/12/15 | 04/01/14 | BK Attorney Fee Pml | 0 | 0 | (50.00) | | 131,008.98 | | | (2,768.48) | | 554.79 | |

Exhibit 2

Exhibit 2

Loanhist.rpt
09/06/2019 10:27:51AM

# Home Point Financial Corp
## Loan History Summary

| Loan ID | Borrower Name |
|---|---|
| 9243 | Sheila Denton Townsend |

| Trans Date / Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/27/15 02/12/15 | 04/01/14 | Attorney Pmt | 0 | 0 | 50.00 | | 131,008.98 | | | (2,768.48) | | 554.79 | |
| 04/17/15 | 04/01/15 | Late Charge Assess | 0 | 0 | (37.52) | | 131,008.98 | | | (2,768.48) | (37.52) | 554.79 | |
| 04/01/15 | 04/01/15 | MIP Disb | 0 | 0 | (142.49) | | 131,008.98 | | (142.49) | (2,768.48) | | 517.27 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 6257 | | | | | | | | | | | |
| 03/17/15 | 03/01/15 | Late Charge Assess | 0 | 0 | (37.52) | | 131,008.98 | | | (2,625.99) | (37.52) | 517.27 | |
| 03/02/15 | 03/01/15 | MIP Disb | 0 | 0 | (142.49) | | 131,008.98 | | (142.49) | (2,625.99) | | 479.75 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 417 | | | | | | | | | | | |
| 02/18/15 02/17/15 | 02/01/15 | Late Charge Assess | 0 | 0 | (37.20) | | 131,008.98 | | | (2,483.50) | (37.20) | 479.75 | |
| 02/13/15 02/12/15 | 04/01/14 | Attorney Disb | 0 | 0 | (50.00) | | 131,008.98 | | | (2,483.50) | | 442.55 | |
| | | Check # 158184  Payee: Hutchens, Senter, Kellam & Pettit, PA  Batch ID 31910 | | | | | | | | | | | |
| | | Invoice Number: 1147173-1787847 | | | | | | | | | | | |
| 02/04/15 | 02/01/15 | MIP Disb | 0 | 0 | (142.49) | | 131,008.98 | | (142.49) | (2,341.01) | | 442.55 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 28791 | | | | | | | | | | | |
| 01/20/15 01/17/15 | 01/01/15 | Late Charge Assess | 0 | 0 | (37.20) | | 131,008.98 | | | (2,341.01) | (37.20) | 442.55 | |
| 01/06/15 | 01/01/15 | MIP Disb | 0 | 0 | (142.49) | | 131,008.98 | | (142.49) | (2,198.52) | | 405.35 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 26095 | | | | | | | | | | | |
| 12/17/14 | 12/01/14 | Late Charge Assess | 0 | 0 | (37.20) | | 131,008.98 | | | (2,198.52) | (37.20) | 405.35 | |
| 12/01/14 | 12/01/14 | MIP Disb | 0 | 0 | (142.49) | | 131,008.98 | | (142.49) | (2,056.03) | | 368.15 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 20877 | | | | | | | | | | | |
| 11/18/14 11/17/14 | 11/01/14 | Late Charge Assess | 0 | 0 | (37.31) | | 131,008.98 | | | (2,056.03) | (37.31) | 368.15 | |
| 11/05/14 | 12/31/14 | County Bill 1 | 0 | 0 | (1,475.90) | | 131,008.98 | | (1,475.90) | (580.13) | | 330.84 | |
| | | Payee: WAKE COUNTY - TAX COLLECTOR  Batch ID: 17954 | | | | | | | | | | | |
| 11/03/14 | 11/01/14 | MIP Disb | 0 | 0 | (142.49) | | 131,008.98 | | (142.49) | (437.64) | | 330.84 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 16134 | | | | | | | | | | | |
| 10/17/14 | 10/01/14 | Late Charge Assess | 0 | 0 | (36.76) | | 131,008.98 | | | (437.64) | (36.76) | 330.84 | |
| 10/01/14 | 10/01/14 | MIP Disb | 0 | 0 | (142.49) | | 131,008.98 | | (142.49) | | | 294.08 | |
| | | Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 12034 | | | | | | | | | | | |

Loanhist.rpt
09/06/2019 10:27:51AM

# Home Point Financial Corp
## Loan History Summary

Exhibit 2

**Loan ID**: ▓▓▓9243  
**Borrower Name**: Sheila Denton Townsend

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/17/14 | 09/01/14 | Late Charge Assess | 0 | 0 | (36.76) | | 131,008.98 | | | (295.15) | (36.76) | 294.08 | |
| 09/02/14 | 09/01/14 | MIP Disb | 0 | 0 | (142.49) | | 131,008.98 | | (142.49) | (295.15) | | 257.32 | |
| Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 8071 | | | | | | | | | | | | | |
| 08/27/14 | 04/01/14 | Inspection Disb | 0 | 0 | (15.00) | | 131,008.98 | | | (152.66) | | 257.32 | |
| Check # 120889 Payee: Five Brothers Default Mgmt Solutions Batch ID: 8623 Invoice Number: 300378 | | | | | | | | | | | | | |
| 08/19/14 | 08/01/14 | Late Charge Assess | 0 | 0 | (36.76) | | 131,008.98 | | | (152.66) | (36.76) | 257.32 | |
| 08/17/14 | | | | | | | | | | | | | |
| 08/01/14 | 08/01/14 | MIP Disb | 0 | 0 | (145.22) | | 131,008.98 | | (145.22) | (152.66) | | 220.56 | |
| Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 4065 | | | | | | | | | | | | | |
| 07/17/14 | 07/01/14 | Late Charge Assess | 0 | 0 | (36.76) | | 131,008.98 | | | (7.44) | (36.76) | 220.56 | |
| 07/03/14 | 07/12/14 | Homeowners Disb | 0 | 0 | (710.00) | | 131,008.98 | | (710.00) | (7.44) | | 183.80 | |
| Check # 109624 Payee: American Strategic Insurance Batch ID: 2129 | | | | | | | | | | | | | |
| 07/02/14 | 07/01/14 | MIP Disb | 0 | 0 | (145.22) | | 131,008.98 | | (145.22) | 702.56 | | 183.80 | |
| Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 756 | | | | | | | | | | | | | |
| 06/26/14 | 04/01/14 | Inspection Disb | 0 | 0 | (20.00) | | 131,008.98 | | | 847.78 | | 183.80 | |
| Check # 108641 Payee: Five Brothers Default Mgmt Solutions Batch ID: 1370 Invoice Number: 298966 | | | | | | | | | | | | | |
| 06/17/14 | 06/01/14 | Late Charge Assess | 0 | 0 | (36.76) | | 131,008.98 | | | 847.78 | (36.76) | 183.80 | |
| 06/02/14 | 06/01/14 | MIP Disb | 0 | 0 | (145.22) | | 131,008.98 | | (145.22) | 847.78 | | 147.04 | |
| Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 31263 | | | | | | | | | | | | | |
| 05/19/14 | 05/01/14 | Late Charge Assess | 0 | 0 | (36.76) | | 131,008.98 | | | 993.00 | (36.76) | 147.04 | |
| 05/17/14 | | | | | | | | | | | | | |
| 05/01/14 | 05/01/14 | MIP Disb | 0 | 0 | (145.22) | | 131,008.98 | | (145.22) | 993.00 | | 110.28 | |
| Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 28538 | | | | | | | | | | | | | |
| 04/17/14 | 03/01/14 | Regular Payment | 0 | 0 | 919.07 | 203.38 | 131,008.98 | 410.04 | 305.65 | 1,138.22 | | 110.28 | |
| 04/17/14 | 03/01/14 | Unapplied Payment | 0 | 0 | (0.17) | | 131,212.36 | | | 832.57 | | 110.28 | |
| 04/01/14 | 04/01/14 | Late Charge Assess | 0 | 0 | (36.76) | | 131,212.36 | | | 832.57 | (36.76) | 110.28 | |
| 04/01/14 | 04/01/14 | MIP Disb | 0 | 0 | (145.22) | | 131,212.36 | | (145.22) | 832.57 | | 73.52 | |
| Payee: FEDERAL HOUSING ADMINISTRATION Batch ID 25206 | | | | | | | | | | | | | |
| 03/19/14 | 03/01/14 | Unapplied Payment | 0 | 0 | 36.93 | | 131,212.36 | | | 977.79 | | 73.52 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  
SHEILA DENTON TOWNSEND  
DEBTOR(S)

CASE NUMBER:  
14-03647-5-DMW  
CHAPTER 13

## NOTICE OF MOTION

**NOTICE IS HEREBY GIVEN** of the Trustee's Amended Motion to Declare Mortgage Payment Current filed simultaneously herewith in the above captioned case; and

**FURTHER NOTICE IS HEREBY GIVEN** that this Amended Motion may be allowed provided no response and request for hearing in made by a party in interest in writing to the Clerk of this Court on or before October 17, 2019; and

**FUTHER NOTICE IS HEREBY GIVEN** that if a response and a request for hearing is filed by a party in interest in writing within the time period indicated, a hearing will be conducted on the Motion and response thereto at a date, time, and place to be set later by the Court and all interested parties will be notified accordingly. If no request for hearing is timely filed, the Court may rule on the Motion and response thereto *ex parte* without further notice. Any party filing an objection requesting a hearing shall appear at said hearing or they may be taxed with Court costs.

**DATE OF NOTICE: September 23, 2019**

*/s/ John F. Logan*  
JOHN F. LOGAN  
NC BAR NO. 12473  
STANDING CHAPTER 13 TRUSTEE  
P.O. BOX 61039  
RALEIGH, NC 27661-1039  
TELEPHONE: (919) 876-1355  
FACSIMILE: (919) 876-6889

3

# CERTIFICATE OF SERVICE

I hereby certify that this day I have served a copy of this Motion to Declare Mortgage Payment Current and Notice of Motion upon the parties to this action as indicated, electronically or by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail addressed to counsel for said parties, this 23rd day of September, 2019.

/s/ *Anna A. Maroun*
Anna A. Maroun, NCCP
Mortgage Analyst

**COPIES TO:**

**DEBTOR** (via U.S. First Class mail)
SHEILA DENTON TOWNSEND
5917 NEUSE WOOD DRIVE
RALEIGH, NC 27616

**ATTORNEY FOR DEBTOR** (via Electronic Mail)
JOHN T. ORCUTT
ATTORNEY AT LAW
6616-203 SIX FORKS ROAD
RALEIGH, NC 27615

**ADDRESS FOR CREDITOR** (via U.S. First Class Mail)
HOME POINT FINANCIAL CORPORATION
ATTN: OFFICER
PO BOX 790309
ST. LOUIS, MO 63179

**ADDRESS 2 FOR CREDITOR** (via U.S. First Class Mail)
HOME POINT FINANCIAL CORPORATION
ATTN: OFFICER
11511 LUNA ROAD, SUITE 300
FARMERS BRANCH, TX 75234

**ADDRESS 3 FOR CREDITOR** (via U.S. First Class Mail)
D. ANTHONY SOTTILE, ESQ.
AUTHORIZED AGENT FOR HOME POINT FINANCIAL CORP.
394 WARDS CORNER ROAD, STE. 180
LOVELAND, OH 45140

**ATTORNEY FOR CREDITOR** (via Electronic Mail)
HUTCHENS LAW FIRM
ATTN: BANKRUPTCY DEPT.
PO BOX 2505
FAYETTEVILLE, NC 28302